IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND OF KANSAS CITY, a Trust Fund, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:19-CV-00003-DGK ) |
| ACCURATE INDUSTRIAL CONSTRUCTION, | ) ) ) ) |
| Defendant. | ) |

## SHOW CAUSE ORDER

This case arises out of alleged violations of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132 and 29 U.S.C. § 1145 for unpaid fringe benefit contributions.

Plaintiffs filed their lawsuit on January 2, 2019, and on January 31, 2019, served Defendant with process (Docs. 1 & 4). Defendant's answer became due February 21, 2019. *See* Fed. R. Civ. P. 12(a). Defendant failed to answer or otherwise respond to the complaint. On March 8, 2019, Plaintiffs moved for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a clerk's default.

Defendant is directed to show cause in writing within 21 days of the date of this Order why default judgment should not be entered against it pursuant to Federal Rule of Civil Procedure 55(b).

**IT IS SO ORDERED.**

Dated: March 8, 2019    /s/ Greg Kays
                        GREG KAYS, JUDGE
                        UNITED STATES DISTRICT COURT